**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00471-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DERRICK J. BANKS,

      Applicant,

v.

J. OLIVER, Warden,

      Respondent.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant, Derrick J. Banks, is in the custody of the Federal Bureau of Prisons

and currently is incarcerated at the United States Penitentiary in Florence, Colorado.

Applicant has submitted a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

and has paid the $5 filing fee.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __    is not submitted

(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing a certified account statement showing the current balance in Applicant's prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the Court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court.
          Only an original has been received.
(10) ___  other:

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12)  X   is not on proper form (must use the Court's current form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  An original and a copy have not been received by the court.  Only an original has been received.
(17) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___  names in caption do not match names in text
(19) ___  other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty**

**days from the date of this Order**.  Any papers that Applicant files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used

in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the

assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at  www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge