**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00471-BNB

DERRICK J. BANKS,

    Applicant,

v.

J. OLIVER, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 12, 2014, Applicant filed a Letter, ECF No. 5, asking that the Court send a complete copy of "this motion," including all "attachment." If Applicant is asking for copies of certain documents in this case the Court charges $.50 per page to make photocopies. Applicant is responsible for maintaining copies of each document he files with the Court. Applicant's request is denied.

Dated: March 12, 2014