IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00471-LTB

DERRICK J. BANKS,

    Applicant,

v.

J. OLIVER, Warden,

    Respondent

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 18th day of April, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/K Lyons
                        Deputy Clerk